UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re 3M COMPANY SECURITIES LITIGATION,<br><br>This document relates to:<br>ALL ACTIONS. | Case No.: 2:19-cv-15982-CCC-MF<br><br>**STIPULATION AND ORDER** |

Lead Plaintiffs State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, Iron Workers Local 580 Joint Funds, and Flossbach von Storch Invest S.A. ("Lead Plaintiffs"), and Defendants 3M Company, Inge Thulin, Michael Roman, and Nicholas Gangestad (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through the undersigned counsel, hereby submit this Stipulation and Order and state as follows:

**WHEREAS**, on December 5, 2019, the Honorable Claire C. Cecchi, U.S.D.J., entered a Stipulation and Scheduling Order (the "Scheduling Order") (ECF. No. 41) establishing that: (a) Lead Plaintiffs had until December 19, 2019 to file a Consolidated Amended Complaint; (b) Defendants had until February 21, 2020 to move to dismiss the Consolidated Amended Complaint; (c) Lead Plaintiffs had until April 17, 2020 to oppose any such motion to dismiss; and (d) Defendants had until May 29, 2020 to file any reply;

**WHEREAS**, on December 19, 2019, Lead Plaintiffs filed the Consolidated Amended Complaint (ECF No. 44);

**WHEREAS**, on January 24, 2020, Defendants filed a motion to transfer venue to the District of Minnesota pursuant to 28 U.S.C. § 1404(a) (the "Transfer Motion") (ECF No. 46);

**WHEREAS**, on January 27, 2020, the Court entered an order adjourning all briefing on Defendants' motion to dismiss *sine die* pending a decision on the Transfer Motion (ECF No. 47);

**WHEREAS**, on August 31, 2020, the Court denied the Transfer Motion (ECF No. 53);

**WHEREAS,** on September 14, 2020, Defendants filed a Petition for Writ of Mandamus with the United States Court of Appeals for the Third Circuit (the "Mandamus Petition") seeking to vacate the Court's Decision and Order denying the Transfer Motion and directing the Court to transfer this case to the District of Minnesota, which Mandamus Petition remains pending;

WHEREAS on September 16, 2020, the parties submitted a proposed Stipluation and Order proposing a schedule for Defendants' motion(s) to dismiss the Consolidated Complaint, which proposal was not entered by the Court; and

**WHEREAS**, the Parties have met and conferred regarding a proposed revised schedule for briefing on Defendants' motion(s) to dismiss.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among the Parties, subject to the Court's approval, as follows:

1. Defendants shall move against, answer, or otherwise respond to the Consolidated Amended Complaint no later than the later of (i) November 30, 2020, or (ii) one week after a decision on the Mandamus Petition;

2. Lead Plaintiffs shall file and serve any opposition brief(s) to such motion(s) no later than 75 days from the filing of Defendants' motion(s) to dismiss;

3. Defendants shall file any reply brief(s) to such opposition brief(s) no later than 56 days from the filing of Lead Plaintiffs' opposition(s); and

4. The Parties reserve all rights and defenses, and nothing in this stipulation, or the filing of the motion to dismiss papers, shall be construed as a waiver of any defense or right available to the Parties or shall prejudice the pending Mandamus Petition.

**SO ORDERED**, this _____ day of November, 2020

_____
THE HON. CLAIRE C. CECCHI, U.S.D.J.

Stipulated as to entry and form:

DATED: November 5, 2020

| | |
|---|---|
| CALCAGNI & KANEFSKY, LLP<br>ERIC T. KANEFSKY | SEEGER WEISS LLP<br>CHRISTOPHER A. SEEGER |
| */s/ Eric T. Kanefsky*<br>Eric Todd Kanefsky<br>CALCAGNI & KANEFSKY LLP<br>One Newark Center<br>1085 Raymond Blvd., 14th Floor<br>Newark, New Jersey 07102<br>Tel: +1 (862) 397-1796<br>eric@ck-litigation.com | */s/ Christopher A. Seeger*<br>CHRISTOPHER A. SEEGER<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660 Telephone:<br>212/584-0700 212/584-0799 (fax)<br>cseeger@seegerweiss.com<br><br>*Liaison Counsel* |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>Meredith E. Kotler\*<br>Mary Eaton\*\*<br>Timothy P. Harkness\*<br>601 Lexington Avenue<br>New York, NY 10022 | ROBBINS GELLER RUDMAN & DOWD LLP<br>Chad Johnson\*<br>Noam Mandel\*<br>125 Park Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: 212/791-0567<br>619/231-7423 (fax)<br>chadj@rgrdlaw.com nmandel@rgrdlaw.com |

Tel: +1 (212) 277-4000
meredith.kotler@freshfields.com
timothy.harkness@freshfields.com

*Attorneys for Defendants*

* *Admitted Pro Hac Vice*

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman*
Robert D. Gerson*
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rgerson@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
Robert R. Henssler Jr.
655 West Broadway, Suite 1900 San Diego, CA 92101 Telephone: 619/231-1058
619/231-7423 (fax)
rhenssler@rgrdlaw.com

MOTLEY RICE LLC
  Gregg S. Levin*
  Josh Littlejohn*
  Christopher F. Moriarty*
  Max N. Gruetzmacher*
  28 Bridgeside Blvd.
  Mt. Pleasant, SC 29464 Telephone: 843/216-9000 843/216-9450 (fax)
  glevin@motleyrice.com
  jlittlejohn@motleyrice.com
  cmoriarty@motleyrice.com
  mgruetzmacher@motleyrice.com

*Lead Counsel for Lead Plaintiffs*

* *Admitted Pro Hac Vice*
**Pro Hac Vice Pending